UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DIANA G. HARTMAN | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 12-1310 |
| | * | |
| B&B PETROLEUM, LLC, ET AL. | * | SECTION "L"(1) |

## ORDER

The Court has been advised that all of the parties to the above-captioned action have firmly agreed upon a compromise.

**IT IS ORDERED** that the action be and it is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties. *Counsel are reminded* that if witnesses have been subpoenaed, *every witness* must be notified by counsel not to appear.

New Orleans, Louisiana, this 1st day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE