41282

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DIANA G. HARTMAN | ) | CIVIL ACTION NO. 12-1310 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | JUDGE: HON. FALLON |
| | ) | |
| B & B PETROLEUM, LLC D/B/A GAUSE, | ) | MAGISTRATE 1 |
| CHEVRON AND ALTERRA | | |
| SPECIALITY INSURANCE COMPANY | ) | |
| Defendants. | | SECTION L |

## O R D E R

Considering the foregoing motion, (Rec. Doc. 26);

**IT IS HEREBY ORDERED**, that all claims and demands made by Diana G. Hartman therein should be, and are hereby dismissed *with prejudice*, each party to bear its own costs.

New Orleans, Louisiana, this __30th__ day of __October__, 2013.

_____
UNITED STATES DISTRICT JUDGE